**Exhibit A to the Complaint**

**Location:** Centreville, VA  
**Total Works Infringed:** 33

**IP Address:** 71.178.230.230  
**ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: F039D8B5C1F43F06A245B62C82E1006E7763F977<br>File Hash: BDEE73C50494D695511326E9C2A76E928BF0C8B2B62F659A40A185D77826226D | 01/04/2021 09:15:18 | Tushy | 08/14/2017 | 08/17/2017 | PA0002048391 |
| 2 | Info Hash: 86F8EE8CC74CB04B97285170DC930CD721F07AF0<br>File Hash: 59580B343CF51B02B816B39DF01E46E8CFAC1C0B2E3BD2D30F180467B5C37ED9 | 01/02/2021 04:45:34 | Vixen | 12/20/2018 | 01/22/2019 | PA0002147683 |
| 3 | Info Hash: 6D87D57BF43FE6254DF4802870472CF7E200AE15<br>File Hash: 946DD79A69FEE0E90EFB9C81EF414F5EAF445485F453215C8F941C4A9329B245 | 01/02/2021 04:45:12 | Vixen | 05/04/2017 | 06/16/2017 | PA0002069283 |
| 4 | Info Hash: A8F0D331A0DB9FA07789CE504D03D04CB5CB4FCE<br>File Hash: AFF85CDA1CE46CEFAF53BA15B8B389E265F2D2D25CB4151E20E7C5EF93FAF37B | 12/30/2020 09:50:41 | Tushy | 01/01/2019 | 02/02/2019 | PA0002155376 |
| 5 | Info Hash: A5C433969987BAC870923A1B20745EA831C9CE11<br>File Hash: 37FA41D76E26EE3D1F7D390CA6E9A92F27D8ECE93118E6105BD25D579BB8FB2D | 12/30/2020 09:50:30 | Tushy | 03/12/2017 | 05/25/2017 | PA0002049786 |
| 6 | Info Hash: A06A43928F991181A25B264546351EB0FEAE1AB2<br>File Hash: 35CFBD02B19F871F58817D54EFF6BB85ECA9FA17566759769B3912360AF5A2E1 | 12/30/2020 09:48:33 | Tushy | 07/30/2017 | 08/11/2017 | PA0002075051 |
| 7 | Info Hash: 3647C2C2C3D0741594546228A2F29C0460F6434E<br>File Hash: 0C5D5D7B5A1E1A08B2167A0664697DB0EE283241380827D030B90393C8C9BD17 | 12/30/2020 09:44:29 | Tushy | 01/11/2019 | 01/22/2019 | PA0002147904 |
| 8 | Info Hash: E7DB8067AEC3C8610C83397448CC7D3B64ED7BF2<br>File Hash: E762103A09E0B8DE7410D9FBFE11319EF739060543C8E6A53DA08414173DE8B9 | 12/28/2020 07:55:10 | Tushy | 12/27/2020 | 01/05/2021 | PA0002269957 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 919BE34F3B3CC29EA57D9D9B35A6E5548551BEB7<br>File Hash: 239F555EF659F4CBF069EC7674A98007F638C68EC9DD236705F819B54F2582CC | 12/27/2020 08:28:20 | Tushy | 12/13/2020 | 12/28/2020 | PA0002269085 |
| 10 | Info Hash: BD2C566DE9573DA93C66141398D2FFBECDC98C18<br>File Hash: AE124AA8523CBC2E35F4F6FF12D1AD490EEB1287E17EBD8DF62353C11C03A9DE | 12/27/2020 08:23:18 | Tushy | 05/31/2018 | 07/14/2018 | PA0002131771 |
| 11 | Info Hash: C176788F81D60FB37D7934E14D8E4AC6BC139D09<br>File Hash: AC07E22B51D482710B2F91D60C2614E8C6523BB9766C70C2CBA7879ED20C6543 | 12/23/2020 08:20:16 | Tushy | 10/18/2020 | 11/05/2020 | PA0002263388 |
| 12 | Info Hash: 10AD926BA54EE0DA3D00E96EBE377053FAB0E6AE<br>File Hash: 46F41B092A095715186272E856EAF705E3805D7F0FCCFD42E93DBCA01822E2DB | 12/21/2020 05:12:10 | Tushy | 12/20/2020 | 01/05/2021 | PA0002269960 |
| 13 | Info Hash: 1194E183FFDF71459B475A921BBF2F0A91EDB324<br>File Hash: 60CB587DFFECA8818C81522C75AD5A7F64C3BAB32AFF7A0F3DFE604355A7BD11 | 12/07/2020 22:17:03 | Tushy | 12/06/2020 | 12/28/2020 | PA0002269080 |
| 14 | Info Hash: C9B2C936E84E86DBF516697F9C00ACFE737485D1<br>File Hash: 41B2536CC05F3384CD47E42A21E8BEC81612F6CE186CF284BDD5B85A624E09D6 | 11/11/2020 09:38:09 | Vixen | 08/12/2017 | 08/17/2017 | PA0002048373 |
| 15 | Info Hash: 242A0C82FBB19155975CE924BD6E19FD3A9E7A8C<br>File Hash: 14C9457040DBE0CAEB710C8B25B52506C4D506C4E2514358330F6552C99D6266 | 10/16/2020 03:01:35 | Vixen | 07/17/2020 | 08/11/2020 | PA0002252259 |
| 16 | Info Hash: 2792CFE99C40641407BFC00440005D0FBAC48D6F<br>File Hash: B2B70AF825DA3A42749A3F89B4FEB1063147F96E183103F31834AF78A4FC5780 | 09/26/2020 08:13:35 | Tushy | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 17 | Info Hash: E63881D1EF02B48B035CCB7BB4C665A3B520D450<br>File Hash: B94B676D6196F4DED2DDF3178A147F740612AEF319A6AEC408039432DEE20996 | 09/24/2020 03:42:21 | Vixen | 06/05/2020 | 06/22/2020 | PA0002245631 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: 84A2DA2B5B8B40832873EAF3064B0224D3AA0A4D<br>File Hash: 24CF9A748B31970324ABC18B103B89AB6C07A2814A6C10ED174FE47A658CA9BF | 09/24/2020 03:37:06 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |
| 19 | Info Hash: BDC4D208BCB06BAA84D1C58BABF5BBD671CE5E86<br>File Hash: 6EA818FDB4E3B49F94FA7DB4C21C9A4928E52868F57440A8C81349209A80AFCC | 09/22/2020 03:47:04 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 20 | Info Hash: 20BBEED150787E263E5BDE2E1A8BEDB88B797FDE<br>File Hash: 9DB8AD43749309665702A971FE7E0D90BFF1F2168003E50E89972394AD7F49C2 | 09/15/2020 00:48:08 | Tushy | 09/14/2020 | 09/29/2020 | PA0002258682 |
| 21 | Info Hash: 25BB736475DB18C804D23B6C8888A5CA4BC9F352<br>File Hash: F1C4DC35C38B94BE633D4031C4310D521F01B681D5C548060BEBEA53B2BB2A40 | 09/14/2020 05:04:48 | Vixen | 02/28/2018 | 04/17/2018 | PA0002116071 |
| 22 | Info Hash: 7927D991B118B583CD71828F2F63A12B4635B5E7<br>File Hash: CAA25AAE87488D48B2B8333738DE97E8D7A15F9D5D305EBF031E8A89416C5E3C | 09/07/2020 06:44:46 | Tushy | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 23 | Info Hash: 1018A676073B24EB9A7384E7BF56686079E27B27<br>File Hash: 14933E0910B60AF2E3929652EA75A2557D35397916823CC0D76B623CECFEAD2B | 09/07/2020 06:44:33 | Tushy | 07/20/2018 | 09/05/2018 | PA0002134598 |
| 24 | Info Hash: B2AA90FB04BE1E894C2186B3B344F4A475F29343<br>File Hash: 3974C67DD64B53E4325F36D475D20954868DEF9E69AF84561C953F10228C7C59 | 09/06/2020 04:30:26 | Vixen | 12/15/2018 | 01/22/2019 | PA0002147905 |
| 25 | Info Hash: 0C805D61A8C0E4253AD33AE9FF3C39D3580D2D5F<br>File Hash: CA97A412B190BF68537D16FD89A099FE43BE847EE26FCEE7702462139A1CFAAD | 09/02/2020 03:37:51 | Tushy | 09/03/2017 | 09/15/2017 | PA0002052851 |
| 26 | Info Hash: BDBBBC216517FE71A99A8BD5D3BE4AB246D47751<br>File Hash: 22FA6E6CB9E8CBF0B29FD34CDA7AFE019B46157B821481C30056CA4ADCCFA4AE | 08/24/2020 10:17:41 | Tushy | 08/23/2020 | 09/05/2020 | PA0002255481 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 9EA4C4F4CD35665262A2D536ECF355E14A554F00<br>File Hash: 57CBA6177505E3674ACD7FDEBEDDA8BE8C91B36CCD40DB286D1D40FF22F297A1 | 08/17/2020 05:11:13 | Tushy | 08/16/2020 | 08/18/2020 | PA0002253098 |
| 28 | Info Hash: 1F6358AF09F833F713119926BA142A262A51FB39<br>File Hash: 296CBAC791B2B8C851CD79BDE55041144674B2ADEF671BA45434B663E7AE5ADF | 08/09/2020 07:00:46 | Vixen | 08/07/2020 | 08/18/2020 | PA0002253099 |
| 29 | Info Hash: C4705CDBE06284FCCC4E7C0AFA85554E5CE10645<br>File Hash: 38CC20179FAA7E2EEEDD06E0F252EBF10C635BDF2F21540B6C96D0A18253BB10 | 07/29/2020 04:01:54 | Tushy | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 30 | Info Hash: C9B0FE824EC74B4492017E5AA090C08B4314BF82<br>File Hash: 7DBFA58DA6CAAC4BEB3F0334181C63C17C5B6BAB61CB9EDA2A35A50405296486 | 07/27/2020 00:22:37 | Vixen | 01/19/2019 | 02/22/2019 | PA0002155139 |
| 31 | Info Hash: C0AF0E461A6C6EDA52D70A44F8B3685FD1ABCFA3<br>File Hash: DA0F0B1398F9753A117A7C5B67BA05DA19F6143BA7693248719E9A72AB45F489 | 07/26/2020 10:21:48 | Vixen | 08/02/2018 | 09/01/2018 | PA0002119574 |
| 32 | Info Hash: 06A699F04233A269B959CFBD8EF524A5BAE9D731<br>File Hash: B723692E9D6892949F879FCEA92B1FE19361ABB754D298EC37F2A99AE416B9BE | 07/26/2020 10:20:03 | Vixen | 10/06/2019 | 10/21/2019 | PA0002207778 |
| 33 | Info Hash: 22B897348BD2C2CC697E658FCB383787B69360A6<br>File Hash: 93D5629C8D8818A0F396622593C4F69610C53EA7C2CD5FBD4CF5626C2C675272 | 07/26/2020 06:41:25 | Vixen | 07/24/2020 | 08/03/2020 | PA0002259166 |